
FILED
JUN 2 7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:02cr5446 OWW |
| ) | |
| Plaintiff, ) | ORDER CONTINUING |
| ) | SURRENDER DATE |
| ) | TO BUREAU OF PRISONS |
| v. ) | |
| ) | |
| DIEGO SALCIDO RUIZ, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of the government's motion for a continuance of the defendant's surrender date to the Bureau of Prisons, filed under seal, said motion is hereby **GRANTED**.

The defendant's new surrender date is now **September 13, 2007**. Failure to surrender on that date will be considered a separately punishable offense.

IT IS SO ORDERED.

DATED: 6-27-07

_____
OLIVER W. WANGER
U.S. District Court Judge