UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:02-CR-5446 OWW |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR RETURN OF |
| DIEGO SALCIDO-RUIZ, ) | NOTE AND DEED OF TRUST |
| ) | |
| Defendants. ) | |
| _____) | |

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

Deed No.:    2002-067856

Receipt No.:  101-2560

IT IS SO ORDERED.

Dated:   January 22, 2008              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE